Keep Envelope for Evidence. Thank You! Page 1 of 3 Date 9/18/2019

United States Courts
Southern District of Texas
FILED
SEP 25 2019
David J. Bradley, Clerk of Court

Hello U.S. District Court Clerk of Southern Division

I am writing to ask the Court for Emergency Relief from The Texas Department of Criminal Justice Institutional Division at The Estelle Unit/E2-Regional Medical Facility for 264 FM 3478 Huntsville, Texas 77320, medical Administrater Khari, Mott - Warden Dickerson, Danial - warden T, Hutto - My resent, current Physcian Nathanial, Robertson who resently took over the extended Care Unit Where I'm housed in Room # 1-21. ~~From the knowledge~~ Where ~~that~~ I have saw Dr. Robertson pass my door four different days in a months time and have not stopped to make a New patient follow-up appointment with me plus, I'm one of the two closes door to ECU desk entrance but, reason being cause The University of Texas Medical Branch Health Services here at Estelle Unit and 301 University Boulvard in Galveston, Texas John Sealy Hospital are doing Medical Mal-practice on me do to the fact in April 2014 While being incarcerated from 2013 until now I was given a chemical - Stress Test that started My back to hurt then I was given MRI for the back and UTMB-Health diagnoised me with a Intracranial Mass Tumor in my brain that I mentioned Grievance # 2014172069 in the two page Letter I wrote on 7/22/2019... Since that grievance in 2014 I've filed close to fifty grievances from my food being Medically Contaminated for Medical Mal-practice, Being placed in a strip-cell, Bogus Disciplinary Reports, Being aggressively assaulted By Sergeant Kevin Owens Gri # 2017094330 Filed 2/24/2017, I-1780, Warden Chris Lacox - Step 2 I-0964, C. Martinez, Central Grievance office that grievance I filed obstruction of Justice on Sergeant Owens and Estelle Unit Mailroom Ms. K, Allen for taking my Legalwork to ~~and~~ weighing and certify it but, didn't

Personally return it but, sent it back by officer Kaumer who I put in Gri# 2019121299, 5/10/19 - I-2620 - Warden Gregory Vaugh who has transferred to another unit Stiles Unit so I hear but that kept me from getting help from the courts - step 2, I-0674 J. Smith - Central Grievance office 6/17/19, Gri# 2019148706 against Estelle Unit security Administration Classification Committee Ms. Paige, Osborm Program II, Ms. Head, Manely (Chief Chairman) Warden Daniel Dickerson and asst warden Vaughn Gregory - Complaint being I wrote them informing them that once they gave me my Line class-1 in March 2019 I was eligible for my Mandatory Supervision Minium Discharge Date at that moment - being under The 70th Legislature Law by being sentenced in 1991 at The Brazoria County Courthouse for burgulary of vehicle, I'm in for a Technical Parole Violation now that I came back in with 14yrs Left on 30yrs that I did 16yrs on from 1991 September to Nov 7, 2007 came back in Nov 2013 with Jail Time Recieved: Two years and Flat-time from Nov 2013 to 2019 put me over half of my 14 yrs Left on my 30 yr sentence and my 1991 70th Legislature Law Automatically Discharge me when the time period come around as long as I'm a Line class-1 or better S4 or S3, I'm a S4... but, because I'm Having Medical Mal-practice action(s) performed on I'm being Denied Parole that which is really my Minium Discharge Release Date, Also, I've filed grievance # 2018172556, 7/30 2018; #600, I-2620, Adm-Med Khan, Mott - Medical Mal-practice against Estelle Unit M.D Ernestine, Julye - RN Michael, Austin - RN Kent, Barbara, RN Butler - RN Johnson who had officer Nsoro to unlock my Door (I was in G-5 custody Level) and Chunked a diaper on my floor and told me to Change myself, Step 2 I-0352

This grievance# 2016174083, I-1780 - Khari, Mott is Denying me Medical Treatment Ms. Walthalt, Melissa young 25 to 30 yrs old caucasian Female who was order by (RN) Ms. Bobbie Martin Not to change my diaper here at Estelle Unit/E2-RMF where I am only a stepd. was file for some reason more then likely I was been harrased This been the part of Medical Mal-practice at this time I still have Ms. walthalt coming to my door harrassing me ~~moreover~~, Cause I place a diaper or chuck between my legs and use the restroom cause I'm bed-bound.

Grievance# 2017159523, 17 Aug 2017, Aug 21, 2017, 9-26, 002, I-0964, C. Martinez Excessive use of force was used on me that fractured my thumb, the Estelle Unit Law Library want sent me grievance copies to send you so, allow me to place this claim on hold until I'm released 09/19/2017. I need to get this in mail so, I can ask for a TRO Tempary Restrain order at this time.

Thank You!
Mr. Timothy Wright

I, declare under penalty of all facts presented in this Complaint and attachments thereto are true and correct.

Sign this 18 day of 9 month of 2019.

mr. Timothy Wright # 625763 = Mr. Timothy Wright # 625763
264 FM 3478 - Estelle Unit/E2 - Reginal Medical Facility
Huntsville, Texas 77320

Mr. Timothy Wright #625763
Estelle Unit/E2-RMF
Extend Care Unit
Room 1-21
264 FM 2478
Huntsville, Texas 77320

United States Courts
Southern District of Texas
FILED
SEP 25 2019
David J. Bradley, Clerk of Court

Court C
United State
Southern District
Houston Divisio
P.O. Box 61010

it

77320

United States Courts
Southern District of Texas
FILED
SEP 25 2019
David J. Bradley, Clerk of Court

Court Clerk
United State District Court
Southern District of Texas
Houston Division
P.O. Box 61010
Houston, Texas 77208

ail