IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY WRIGHT, § <br> (TDCJ-CID #625763) § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> TEXAS DEPARTMENT OF § <br> CRIMINAL JUSTICE, et al., § <br> § <br> Defendants. § | CIVIL ACTION H-19-3706 |

**ORDER OF DISMISSAL**

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on Nov. 4, 2019.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2019\19-3706.a01.wpd